United States District Court
Southern District of Texas
**ENTERED**
January 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| REGINALD ANDRE CALLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:20-CV-00060 |
| | § | |
| BOBBY LUMPKIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

Petitioner filed this petition *pro se* and *in forma pauperis* on September 18, 2020 (D.E. 1).  Final judgment dismissing the petition with prejudice was entered on November 23, 2021 (D.E. 31). Petitioner filed a notice of appeal January 10, 2022 (D.E. 35).  Pending is petitioner's application for leave to proceed *in forma pauperis* on appeal (D.E. 39).

Petitioner's *in forma pauperis* inmate trust account reflects that as of January 21, 2022, petitioner had $558.45 in his inmate trust account.  (D.E. 40).  The filing fee for filing a habeas corpus petition is $505.00.  Petitioner can afford to pay the fee.

## RECOMMENDATION

It is respectfully recommended that petitioner's application for leave to proceed *in forma pauperis* (D.E. 39) be denied without prejudice and that petitioner be ordered to pay the filing fee within twenty days.

ORDERED on January 28, 2022.

Julie K. Hampton
United States Magistrate Judge

## **NOTICE TO PARTIES**

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United* Servs. *Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996)(en banc).